```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
MARCOS CALCANO,                                            :
                                                           :
                            Plaintiff,                     :
                                                           :          21-CV-10229 (VSB)
               -against-                                   :
                                                           :               ORDER
UNITY FUNERAL CHAPELS, INC.,                               :
                                                           :
                            Defendant.                     :
                                                           :
---------------------------------------------------------- X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

  Plaintiff filed this action on December 1, 2021. (Doc. 1). On December 17, 2022, Plaintiff filed an affidavit of service indicating that Defendant was served process on December 10, 2021, which rendered Defendant's response to Plaintiff's complaint due on January 3, 2022. (Doc. 6.) Defendant has yet to respond to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than March 23, 2022. If Plaintiff fails to do so or otherwise demonstrates that he does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: March 2, 2022
    New York, New York

                       _____
                        VERNON S. BRODERICK
                        United States District Judge